IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:06cr89WHB-JCS

LYNDON POSEY

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 1, 2, and 4 of the Criminal Indictment against the defendant, LYNDON POSEY, without prejudice.

DUNN LAMPTON
United States Attorney

Date: March 2, 2007         s/ Cynthia L. Eldridge
                       By:  CYNTHIA L. ELDRIDGE
                            Assistant U.S. Attorney
                            Mississippi Bar No. 9634

Leave of Court is granted for the filing of the foregoing dismissal of Counts 1, 2, and 4.

ORDERED this 2nd day of March, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE